

# NUMBER 13-18-00289-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

## IN RE JOSE MACDONALD GERVACIO AND WORLDWIDE TECHSERVICES, L.L.C.

## On Petition for Writ of Mandamus.

# ORDER

### Before Justices Contreras, Longoria, and Hinojosa
### Order Per Curiam

Relators Jose MacDonald Gervacio and Worldwide TechServices, L.L.C. filed a petition for writ of mandamus in the above cause on June 8, 2018. Through this original proceeding, relators seek to compel the trial court to vacate a "Confidentiality and Protective Order" signed on April 5, 2018.

The Court requests that the real party in interest, Shirley Jefferson, or any others whose interest would be directly affected by the relief sought, file a response to the

petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
11th day of June, 2018.